NOTICE OF OBJECTION TO CONFIRMATION

ARVEST CENTRAL MORTGAGE COMPANY has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1.  File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC          Albert Russo
400 Fellowship Road, Suite 100                       Standing Chapter 13 Trustee
Mt. Laurel, NJ 08054                                          CN 4853
                                                                           Trenton, NJ 08650-4853

2.  Attend the hearing scheduled to be held on 07/18/2018 in the TRENTON Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: May 23, 2018

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

**File No. 809136**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
ARVEST CENTRAL MORTGAGE COMPANY

| | |
|---|---|
| In Re:<br><br>JESUS V. PARADO, JR<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13 |

Case No. 18-19033 - CMG

Hearing Date: 07/18/2018

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, ARVEST CENTRAL MORTGAGE COMPANY, the holder of a Mortgage on debtor residence located at 31 STATE PARK DRIVE, TITUSVILLE, NJ 08560-1109 hereby objects to the Confirmation of the debtor proposed Chapter 13 Plan on the following grounds:

1. Movant is in the process of drafting and filing a Proof of Claim.  The approximate arrears are $29,150.48.
2. Debtors' Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).
3. Debtors' Plan currently provides for payment to Movant in the amount of $20,120.00.
4. Debtors' Plan provides for the Debtors' pursuit of a loan modification.  Debtors' Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.
5. Movant objects to Debtors' Plan as it is underfunded.  Debtors' Plan should be amended.

WHEREFORE, ARVEST CENTRAL MORTGAGE COMPANY respectfully requests that the Confirmation of Debtor Plan be denied.

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: May 23, 2018

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>809136<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for ARVEST CENTRAL MORTGAGE COMPANY | |
| In Re:<br><br>Jesus V. Parado, Jr | Case No: 18-19033 - CMG<br><br>Hearing Date: 07/18/2018<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, MIGUEL ZAVALA:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents ARVEST CENTRAL MORTGAGE COMPANY in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 24, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 24, 2018               /s/ *MIGUEL ZAVALA*
                                      MIGUEL ZAVALA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jesus V Parado, Jr.<br>31 State Park Drive<br>Titusville, NJ 08560 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| Candyce Ilene Smith-Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 North Olden Avenue<br>Ewing Prosfessional Park<br>Suite 22<br>Ewing, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.