|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit Leasing, Ltd | Order Filed on July 31, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|  | Case No:  18-19033 CMG<br><br>Chapter: 13<br><br>Judge:  Christine M. Gravelle |
| In Re:<br><br>Jesus V. Parado<br><br>     Debtor. | |

### ORDER VACATING AUTOMATIC STAY & RESOLVING SECURED CREDITOR'S PLAN OBJECTION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 31, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:        Jesus V. Parado
Case No.:      18-19033 CMG
Caption:       **ORDER VACATING AUTOMATIC STAY & RESOLVING SECURED CREDITOR'S PLAN OBJECTION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, Denise Carlon, Esq. appearing, upon an objection to confirmation as to real 2016 VOLKSWAGEN JETTA SEDAN 1.4, VIN: VW267AJ8GM209515, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Ilene Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the subject lease is hereby rejected; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the arrears are not to be paid through the plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the stay is hereby vacated.

It is further **ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor's Objection to the Plan is hereby resolved.