|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: VW Credit Leasing, Ltd

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-19033 CMG

Chapter: 13

Judge:  Christine M. Gravelle

In Re:

Jesus V. Parado

  Debtor.

## ORDER VACATING AUTOMATIC STAY & RESOLVING SECURED CREDITOR'S PLAN OBJECTION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 31, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 18-19033-CMG    Doc 24    Filed 08/02/18    Entered 08/03/18 00:35:32    Desc Imaged
Certificate of Notice    Page 2 of 3

Page 2
Debtor: Jesus V. Parado
Case No.: 18-19033 CMG
Caption: **ORDER VACATING AUTOMATIC STAY & RESOLVING SECURED CREDITOR'S PLAN OBJECTION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, Denise Carlon, Esq. appearing, upon an objection to confirmation as to real 2016 VOLKSWAGEN JETTA SEDAN 1.4, VIN: VW267AJ8GM209515, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Ilene Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the subject lease is hereby rejected; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the arrears are not to be paid through the plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the stay is hereby vacated.

It is further **ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor's Objection to the Plan is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jul 31, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db             +Jesus V Parado, Jr.,    31 State Park Drive,    Titusville, NJ 08560-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
          Albert     Russo    docs@russotrustee.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Jesus V Parado, Jr. mail@njpalaw.com
          Craig Scott Keiser    on behalf of Creditor    ARVEST CENTRAL MORTGAGE COMPANY
           craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    CENTRAL MORTGAGE COMPANY nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7