| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT : <br> DISTRICT OF NEW JERSEY : <br> : <br> LAW OFFICES OF SKLAR SMITH-SKLAR : <br> 1901 N. Olden Avenue, Suite 22 : <br> Ewing, NJ 08618 : <br> (609) 882-9800 Fax: (609) 538-1399 : <br> CANDYCE I. SMITH-SKLAR : <br> : <br> _____ : <br> In Re: : <br> : <br> Jesus V. Parado, Jr., : <br> : <br>   Debtors : <br> _____ : | Order Filed on December 11, 2018 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No.:  18-19033-CMG <br><br> Judge: Christine M. Gravelle <br><br> Chapter:    13 <br><br> Hearing:  12/10/18; 9:00am |

**ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION**

  The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: December 11, 2018**

*[Signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:        Jesus V Parado, Jr.,
Case No.:      18-19033
Caption:       Order Allowing Debtor to Engage in Loss Mitigation

This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to engage in Loss Mitigation, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is

ORDERED AND ADJUDGED as follows, to wit:

1. The Debtor shall be allowed to Engage in Loss Mitigation; and
2. The Debtor shall file Request for Loss Mitigation within 10 days.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 11, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db            +Jesus V Parado, Jr.,    31 State Park Drive,    Titusville, NJ 08560-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Candyce Ilene Smith-Sklar    on behalf of Debtor Jesus V Parado, Jr. mail@njpalaw.com
      Craig Scott Keiser    on behalf of Creditor    ARVEST CENTRAL MORTGAGE COMPANY
       craig.keiser@phelanhallinan.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    CENTRAL MORTGAGE COMPANY nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7