UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

In Re:

Jesus V Parado, Jr.,

Order Filed on March 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____18-19033_____

Chapter: _____13_____

Judge: _____CMG_____

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 01/03/2019 _____ :

Property:    31 State Park Drive, Titusville, NJ 08560 _____

Creditor:    Arvest Central Mortgage Company _____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _ Candyce I. Smith-Sklar, Esq. _, and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 06/17/2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 18, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db              +Jesus V Parado, Jr.,    31 State Park Drive,    Titusville, NJ 08560-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo    docs@russotrustee.com
            Candyce Ilene Smith-Sklar    on behalf of Debtor Jesus V Parado, Jr. mail@njpalaw.com,
            r56958@notify.bestcase.com
            Craig Scott Keiser    on behalf of Creditor    ARVEST CENTRAL MORTGAGE COMPANY
            craig.keiser@phelanhallinan.com
            Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Nicholas V. Rogers    on behalf of Creditor    CENTRAL MORTGAGE COMPANY nj.bkecf@fedphe.com
            Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8