UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jesus V Parado, Jr.,

Case No.: 18-19033

Chapter: 13

Judge: CMG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 18, 2019

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___03/18/2019___ :

Property:     31 State Park Drive, Titusville, NJ 08560

Creditor:     Arvest Central Mortgage Company

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Candyce I. Smith-Sklar, Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___09/17/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jun 18, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db            +Jesus V Parado, Jr.,    31 State Park Drive,    Titusville, NJ 08560-1109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar     on behalf of Debtor Jesus V Parado, Jr. mail@njpalaw.com,
               r56958@notify.bestcase.com
              Craig Scott Keiser     on behalf of Creditor    ARVEST CENTRAL MORTGAGE COMPANY
               craig.keiser@phelanhallinan.com
              Denise E. Carlon     on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers     on behalf of Creditor    CENTRAL MORTGAGE COMPANY nj.bkecf@fedphe.com
              Rebecca Ann Solarz     on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Robert    Davidow     on behalf of Creditor    ARVEST CENTRAL MORTGAGE COMPANY nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9