| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>STEVEN P. KELLY, ESQUIRE<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407,<br>Cherry Hill, New Jersey 08034<br>Telephone: (609) 397-9200<br>FACSIMILE: (856) 667-1456<br>(COUNSEL FOR CREDITOR)<br><br>In Re:<br><br>Jesus V. Parado, Jr.<br><br>Debtor | **Order Filed on September 24, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case Number: 18-19033-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |

## AGREED ORDER AUTHORIZING DISTRIBUTION UNDER MODIFIED CHAPTER 31 PLAN

The relief set forth on the following page, numbered two (2) to three (3), is hereby ORDERED.

**DATED: September 24, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
Caption of Order:  Order Authorizing Distribution Under Modified Chapter 13 Plan

---

Upon the filing of Debtor Jesus V. Parado's Modified Chapter 13 Plan on March 9, 2021, and confirmed via Order of Court on May 12, 2021, and upon the request of the Chapter 13 Trustee for an Agreed Order authorizing the distribution of funds to Secured Creditor Arvest Central Mortgage Company, as outlined in the Modified Plan, it is hereby **ORDERED** as follows:

**WHEREAS**, Debtor Jesus V. Parado, Jr. (hereinafter referred to as the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 on or about May 2, 2018 (hereinafter referred to as the "Petition Date");

**WHEREAS**, Secured Creditor Arvest Central Mortgage Company (hereinafter referred to as the "Secured Creditor") retains a first mortgage lien on Debtor's Real Property located at 31 State Park Drive, Titusville, NJ 08560 (hereinafter referred to as the "Property");

**WHEREAS**, Secured Creditor caused to be filed its Proof of Claim (hereinafter referred to as the "Original Claim") on or about June 13, 2018, evidencing a lien on the Property, as of the Petition date, in the amount of $297,684.28, and pre-petition arrears in the amount of $29,150.48; See, Claims Register 10-1;

**WHEREAS**, on or about October 3, 2019, Debtor filed a Motion to Approve Loan Modification with the Secured Creditor, see, Docket Entry No. 52, which was approved by this Honorable Court on or about October 22, 2019; See, Docket Entry No. 55;

**WHEREAS**, Secured Creditor caused to be filed an Amended Proof of Claim (hereinafter referred to as the "Amended Claim") on or about July 21, 2019, following entry of an Order Authorizing Final Loan Modification between Debtor and Secured Creditor, evidencing a lien on the Property in the amount of $310,061.23, and pre-petition arrears in the amount of $0.00; See, Claims Register 10-2;

**WHEREAS**, on or about June 23, 2020, a Notice of Mortgage Forbearance (hereinafter referred to as the "Forbearance Notice") was filed by the Secured Creditor; See, Docket Entry No. 59;

**WHEREAS**, Debtor subsequently filed a Modified Chapter 13 Plan on March 9, 2021, providing for post-petition arrears incurred as a result of the Forbearance Notice in the amount of $28,533.90; See, Docket Entry No. 63;

**WHEREAS**, Secured Creditor did not object to the Modified Plan, and the Modified Plan was confirmed on May 12, 2021; See, Docket Entry No. 72;

**WHEREAS**, the Chapter 13 Standing Trustee subsequently sought an Agreed Order authorizing the distribution of the amount of $28,533.90, as provided for by the Debtor's Modified Plan from the Debtor and the Secured Creditor;

(page 3)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
Caption of Order: Order Authorizing Distribution Under Modified Chapter 13 Plan

**WHEREAS**, the Court noting the consent of the Parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chapter 13 Standing Trustee is hereby authorized to make distributions to the Secured Creditor in the amount of $28,533.90, as set forth in the Modified Chapter 13 Plan, from any funds held by the Chapter 13 Standing Trustee;

2. The Parties hereby acknowledge that the amounts listed in the Modified Chapter 13 Plan do not serve as confirmation of any and all post-petition amounts owed to the Secured Creditor as of the date of this Order, but merely that the amount of $28,533.90 is due and owing to the Secured Creditor and may be distributed by the Chapter 13 Standing Trustee;

3. The Parties hereby acknowledge that after the payment of $28,533.90 to the Secured Creditor, there may be further outstanding amounts due and owing on the account as a result of either further Forbearances Notices or non-payment, and that Debtor shall cure any and all further amounts due and owing to the Secured Creditor;

4. The Parties hereby acknowledge that nothing contained within this Agreed Order shall serve as an admission as to status of the lien held by the Secured Creditor or as an admission of default by the Debtor;

5. The Parties further agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies available to them; and,

6. Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order.

/s/ Steven P. Kelly
Steven P. Kelly, Esquire
Stern & Eisenberg, P.C.
Attorney for Secured Creditor
Arvest Central Mortgage Company

Candyce Ilene Smith-Sklar
Law Offices of Sklar Smith-Sklar
Attorney for Debtor
Jesus V. Parado, Jr.