| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance of D.N.J. LBR 9004-1(b)**<br><br>Steven Kelly (NJ Bar # 010032010)<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456<br>Email: skelly@sterneisenberg.com<br><br>Attorney for Movant Arvest Central Mortgage Company |

In Re:

Jesus V Parado Jr.

       Debtor(s)

Case No.: 18-19033-CMG

Chapter: 13

Hearing Date: October 20, 2021 at 9:00 a.m.

Judge: Christine M. Gravelle

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

    I certify that with respect to the Consent Order Resolving Motion for Relief with Conditions submitted to the Court, the following conditions have been met:

    (a) The terms of the consent order are identical to those set forth in the original consent order;

    (b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

    (c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

    (d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/ _____ ).

Date: October 21, 2021                                         /s/ Steven Kelly
                                                                                               Signature of Attorney

*rev. 8/1/15*