UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Law Office of Sklar Smith-Sklar, LLC
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800
Fax: 609 538-1399
Attorney for Debtor

In Re:
Jesus V. Parado, Jr

Case No.: 18-19033
Judge: CMG
Chapter: 13

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Diana Bartosik, being of full age, certify as follows:

1. I am seeking authorization to be retained as Realtor.

2. My professional credentials include: NJ Real Estate Commissions

3. I am a member of or associated with the firm of: Weidel Real Estate-Pennington

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows Total o 6% of Gross Sales Price
3% og Gross Sales Price for Listing Broker
3% of Gross Sales Price for Cooperating Broker.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

_____

_____

6.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: _____

_____

_____

7.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

_____

8.    If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: N/A_____

_____

2

b.  The proposed method of calculation of my compensation, including rates and formulas, is: **6% of the Gross Sales Price**

Pursuant to D.N.J. 2014-2, I ☒ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: **All expenses related to the above are related to the buyer**

d.  Have you, or a principal of your firm, been convicted of a criminal offense?

☒ No        ☐ Yes (explain below)

e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.  If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: **31 State Park Dr, Titussville, NJ 08560-1109**

**31 State Park Dr, Titusville, NJ 08560-110931**

**31 State Park Dr, Titusville, NJ 08560-1109**

I certify under penalty of perjury that the above information is true.

Date: **12/09/2021**                                              _____
                                                                              Signature of Professional

*rev.8/1/15*

3