UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:

**Jesus V Parado Jr.,**

Case No.: 18-19033

Adv. No.: 

Hearing Date: 

Judge: Christine M Gravelle

## CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the Debtor's in the above-captioned matter.

   ❏ am the secretary/paralegal for _____, who represent the _____ in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On 12/15/2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: **I served the Application for Retention of Professional, Certification and Order.**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/15/2021

/s/ Candyce Smith-Sklar
Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Jesus V Parado, Jr.,<br>31 State Park Drive<br>Titusville, NJ 08560 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Kheang Te<br>24-01 44th Road<br>Long Island City, NY 11101<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Arvest Central Mortgage Company<br>801 John Barrow Road #1<br>Little Rock, AR 72203<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| | | |
|---|---|---|
| Weidel Real Estate- Pennington<br>Two Route 31 South<br>Pennington, NJ 08534<br>ATTN: Diana Bartosik | Realtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Ally Financial<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, MN 55438<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditor and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

   * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.