Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus V Parado Jr.
   31 State Park Drive
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−3153

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 10, 2022.

Dated: January 10, 2022
JAN: dmi

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19033-CMG |
| Jesus V Parado, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 10, 2022 | Form ID: plncf13 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |
| cr | + | ARVEST CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | | Diana Bartosik, Weidel Real Estate-Pennington, Two Route 1 South, Pennington, NJ 08534 |
| 517589358 | + | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |
| 517495611 | + | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517562391 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517495612 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517495613 | + | Ark Law Group, PLLC, 227 Bellevue Way NE, Ste 980, Bellevue, WA 98004-5721 |
| 517495614 | + | Arvest Central Mortgage, 801 John Barrow Rd Ste 1, Little Rock, AR 72205-6511 |
| 517495615 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517636497 | + | Capital Health Medical Center, Att: CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 517495620 | + | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 517495621 | + | Capitalhealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517905549 | + | Cornerstone Education Loan Svcs., POB 145123, Salt Lake City, UT 84114-5123 |
| 517495627 | + | Cornerstone/AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517495632 | | Empire Blue Cross BlueShield, c/o Medical Fitness PC, New York, NY 10017 |
| 517495633 | + | Empire Blue Cross Shield, PO Box 1407, New York, NY 10008-1407 |
| 517495635 | + | Global Client Solutions LLC, 4343 S 118th East Avenue, Suite 220, Tulsa, OK 74146-4400 |
| 517495637 | + | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 517633872 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517495642 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517495640 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517495641 | + | Progressive, PO Box 6807, Cleveland, OH 44101-1807 |
| 517495643 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517495644 | + | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 517495657 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517495658 | + | Tdrcs/tourneau, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 517495659 | + | United Nations F C U, 2401 44th Rd Fl 5, Long Island City, NY 11101-4605 |
| 517526437 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517495663 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517495664 | + | Wells Fargo Bank, 420 Montgomery, San Francisco, CA 94104-1298 |
| 517595839 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517589045 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517495626 | + | citizens financial Group Inc, PO Box 2360,, Omaha, NE 68103-2360 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 18-19033-CMG    Doc 97    Filed 01/12/22    Entered 01/13/22 00:12:37    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 10, 2022 | Form ID: plncf13 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517495610 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 10 2022 20:47:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517517366 | | Email/Text: ally@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517495609 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 10 2022 20:47:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517495611 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:20 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517562391 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517495612 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2022 20:54:07 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517495616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 10 2022 20:48:00 | Bankcard Services, PO Box 205458, Dallas, TX 75320-5458 |
| 517495618 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:06 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495617 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:18 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 517495619 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:19 | Capital One/Best Buy, Attn: Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495622 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 10 2022 20:47:00 | Certified Credit & Collection Bureu, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517495624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 21:04:46 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517495625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517495628 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 10 2022 20:48:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517495629 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2022 20:54:07 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517495661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517522957 | | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517495630 | + | Email/Text: mrdiscen@discover.com | Jan 10 2022 20:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517495631 | + | Email/Text: g2sogasbnkr@southernco.com | Jan 10 2022 20:47:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 517495634 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 10 2022 20:48:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 517495636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:09 | Home Depot Credit Services, PO Box 790345, Saint Louis, MO 63179-0345 |
| 517495623 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2022 20:54:06 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517634005 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:09 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box |

Case 18-19033-CMG    Doc 97    Filed 01/12/22    Entered 01/13/22 00:12:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: plncf13 | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 10587, Greenville, SC 29603-0587 |
| 517495639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2022 20:54:16 | NTB/CBSD, CitiCards Private Label Centralized Bank, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517495638 | + | Email/Text: bnc@nordstrom.com | Jan 10 2022 20:47:05 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517630762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:19 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517630791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:13 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 517630793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:19 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517604915 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517495645 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 10 2022 20:48:00 | Receivable Performance Management LLC, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 517495646 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 10 2022 20:48:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517495648 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 10 2022 20:54:06 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 517495650 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:17 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495649 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:06 | Syncb/cheapoair Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495651 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:18 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517512666 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517495652 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:11 | Synchrony Bank/Car Care One, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495653 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495654 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:17 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495656 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:06 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495655 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:11 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517525059 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2022 20:54:20 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517531757 | | Email/Text: collectionsdepartment@unfcu.com | Jan 10 2022 20:47:10 | United Nations Federal Credit Union, 24-01 44th Road, Long Island City, New York 11101 |
| 517495660 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 10 2022 20:47:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 517495662 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 10 2022 20:47:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Arvest Central Mortgage Company, 801 John Barrow Rd Suite 1, Little Rock, AR 72205-6511 |
| 518582963 | *+ | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |
| 517495647 | ##+ | RMS, PO Box 361598, Columbus, OH 43236-1598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jesus V Parado Jr. mail@njpalaw.com, r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8