Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–19033–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jesus V Parado Jr.
31 State Park Drive
Titusville, NJ 08560

Social Security No.:
xxx–xx–3153

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/20/22 at 09:00 AM

to consider and act upon the following:

**99** – Creditor's Certification of Default (related document:81 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of ARVEST CENTRAL MORTGAGE COMPANY. Objection deadline is 04/6/2022. (Attachments: # 1 Exhibit # 2 Creditor's Certification Regarding Post–Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

Dated: 4/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court