UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.

*Attorney for Debtor*

In Re:

**JESUS V PARADO JR.,**

Debtor



Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  18-19033-CMG

Hearing Date:  4/20/2022; 9:00am

Judge:  Christine M Gravelle

Chapter  13

Recommended Local Form:  **X**  Followed  ___ Modified

**AMENDED ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 31 State Park Drive, Titusville, NJ 08560.

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X** Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    **OR:** ___ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $800.00 for representation in connection with this motion to be paid through the plan upon filing of a fee application and $950 for representation of Debtor at closing.

    _____ at closing        __X__ through the Plan        _____ outside the plan;

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The amount of $25,150.00 claimed as exempt pursuant to § 522(d)(1) may be paid to the Debtor at closing.

7. The **X** *balance of proceeds* or the ___ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. _X_ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this Order.

10. Other provisions:
    a. Any Appeals on this matter are hereby waived.
    b. The lien held by Arvest Central Mortgage Company is to be paid in full subject to a payoff quote obtained at the time of closing.
    c. The debtor's authorization to sell the subject property shall expire 60 days from the date of entry of this Order, unless an Order extending time to close is entered by this Court upon Application and proper notice.
    d. The buyer as listed in the Contract of Sale is Denise Blunda