Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

> Case No.: 18−19033−CMG  
> Chapter: 13  
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jesus V Parado Jr.  
   31 State Park Drive  
   Titusville, NJ 08560

Social Security No.:  
   xxx−xx−3153

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     7/6/22  
Time:     12:00 PM  
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)  
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES  
Fees: $7,900.00

EXPENSES  
$0.0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured  
         creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured  
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 25, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5
Date Rcvd: May 25, 2022     Form ID: 137     Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |
| cr | + | ARVEST CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | | Diana Bartosik, Weidel Real Estate-Pennington, Two Route 1 South, Pennington, NJ 08534 |
| 517495613 | + | Ark Law Group, PLLC, 227 Bellevue Way NE, Ste 980, Bellevue, WA 98004-5721 |
| 517636497 | + | Capital Health Medical Center, Att: CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 517495620 | + | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 517495621 | + | Capitalhealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517905549 | + | Cornerstone Education Loan Svcs., POB 145123, Salt Lake City, UT 84114-5123 |
| 517495632 | | Empire Blue Cross BlueShield, c/o Medical Fitness PC, New York, NY 10017 |
| 517495633 | + | Empire Blue Cross Shield, PO Box 1407, New York, NY 10008-1407 |
| 517495635 | + | Global Client Solutions LLC, 4343 S 118th East Avenue, Suite 220, Tulsa, OK 74146-4400 |
| 517495642 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517495640 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517495643 | + | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517495644 | #+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 517495658 | + | Tdrcs/tourneau, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 517495659 | + | United Nations F C U, 2401 44th Rd Fl 5, Long Island City, NY 11101-4605 |
| 517495663 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517495664 | + | Wells Fargo Bank, 420 Montgomery, San Francisco, CA 94104-1298 |
| 517595839 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517589045 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517495626 | + | citizens financial Group Inc, PO Box 2360,, Omaha, NE 68103-2360 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517495610 | + | Email/Text: bkrpt@retrievalmasters.com | May 25 2022 20:41:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517589358 | + | Email/Text: cmcbankruptcygroup@arvest.com | May 25 2022 20:41:00 | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |

Case 18-19033-CMG    Doc 122    Filed 05/27/22    Entered 05/28/22 00:14:22    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 137 | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517517366 | | Email/Text: ally@ebn.phinsolutions.com | May 25 2022 20:41:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517495609 | + | Email/Text: ally@ebn.phinsolutions.com | May 25 2022 20:41:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517495611 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2022 21:06:48 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517562391 | | Email/PDF: bncnotices@becket-lee.com | May 25 2022 20:46:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517495612 | + | Email/PDF: bncnotices@becket-lee.com | May 25 2022 21:06:58 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517495614 | + | Email/Text: cmcbankruptcygroup@arvest.com | May 25 2022 20:41:00 | Arvest Central Mortgage, 801 John Barrow Rd Ste 1, Little Rock, AR 72205-6511 |
| 517495615 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 20:41:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517495616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 25 2022 20:42:00 | Bankcard Services, PO Box 205458, Dallas, TX 75320-5458 |
| 517495618 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 20:46:14 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495617 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 20:45:59 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 517495619 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 20:46:15 | Capital One/Best Buy, Attn: Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495622 | + | Email/Text: bankruptcy@certifiedcollection.com | May 25 2022 20:41:00 | Certified Credit & Collection Bureu, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517495624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:46:21 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517495625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:46:20 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517495627 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 20:41:00 | Cornerstone/AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517495628 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 25 2022 20:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517495629 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2022 20:45:39 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517495661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:56:29 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517522957 | | Email/Text: mrdiscen@discover.com | May 25 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517495630 | + | Email/Text: mrdiscen@discover.com | May 25 2022 20:41:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517495631 | + | Email/Text: g2sogasbnkr@southernco.com | May 25 2022 20:41:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 517495634 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 25 2022 20:42:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 517495636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:56:28 | Home Depot Credit Services, PO Box 790345, Saint Louis, MO 63179-0345 |
| 517495623 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2022 20:45:58 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517634005 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2022 20:46:06 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517495637 | + | Email/Text: govtaudits@labcorp.com | May 25 2022 20:41:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 517495639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 20:46:20 | NTB/CBSD, CitiCards Private Label Centralized Bank, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517495638 | + | Email/Text: bnc@nordstrom.com | May 25 2022 20:41:12 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517633872 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2022 20:42:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517630762 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2022 20:46:18 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517630791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2022 20:45:44 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 517630793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2022 20:45:44 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517495642 | ^ | MEBN | May 25 2022 20:38:01 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517495641 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 25 2022 20:41:00 | Progressive, PO Box 6807, Cleveland, OH 44101-1807 |
| 517604915 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 20:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517495643 | ^ | MEBN | May 25 2022 20:37:31 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517495644 | ^ | MEBN | May 25 2022 20:38:28 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 517495645 | + | Email/Text: Supportservices@receivablesperformance.com | May 25 2022 20:42:00 | Receivable Performance Management LLC, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 517495646 | + | Email/Text: Supportservices@receivablesperformance.com | May 25 2022 20:42:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517495648 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 25 2022 20:45:34 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 517495650 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:45:59 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495649 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:45:38 | Syncb/cheapoair Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495651 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517512666 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517495652 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:15 | Synchrony Bank/Car Care One, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495653 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495654 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:05 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495656 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-19033-CMG    Doc 122    Filed 05/27/22    Entered 05/28/22 00:14:22    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 137 | Total Noticed: 79 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 25 2022 20:45:38 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495655 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 20:46:16 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517525059 | + | Email/PDF: ebn_ais@aisinfo.com | May 25 2022 20:46:06 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517495657 | + | Email/Text: bncmail@w-legal.com | May 25 2022 20:41:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517531757 | | Email/Text: collectionsdepartment@unfcu.com | May 25 2022 20:41:12 | United Nations Federal Credit Union, 24-01 44th Road, Long Island City, New York 11101 |
| 517526437 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | May 25 2022 20:41:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517495660 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 25 2022 20:41:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 517495662 | + | Email/Text: vci.bkcy@vwcredit.com | May 25 2022 20:42:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Arvest Central Mortgage Company, 801 John Barrow Rd Suite 1, Little Rock, AR 72205-6511 |
| 518582963 | *+ | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |
| 517495647 | ##+ | RMS, PO Box 361598, Columbus, OH 43236-1598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jesus V Parado Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: May 25, 2022 | Form ID: 137 | Total Noticed: 79

Denise E. Carlon
        on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz
        on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Steven P. Kelly
        on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8