UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR CREDITOR)

In Re:

Jesus V. Parado, Jr.

    Debtor

Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 18-19033-CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 20, 2022 at 09:00 a.m.

## AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 31, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
CAPTION OF ORDER: AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

---

Upon the Certification of Default of Agreed Order filed by Arvest Central Mortgage Company with regard to Real Property located at 31 State Park Drive, Titusville, NJ 08560 (hereinafter referred to as the "Property"), and the Certification in Opposition filed by Debtor Jesus V. Parado, Jr., it is hereby **ORDERED** that:

**WHEREAS**, Debtor, Jesus V. Parado, Jr., (hereinafter referred to as the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 (hereinafter referred to as the "Code"), on May 2, 2018. (hereinafter referred to as the "Petition Date") (Docket Entry No. 1);

**WHEREAS**, Secured Creditor Arvest Central Mortgage Company (hereinafter referred to as the "Secured Creditor") filed a Certification of Default (hereinafter referred to as the "Default") of Agreed Order on March 23, 2022 (Docket Entry No. 99);

**WHEREAS**, Debtor filed a Motion to Sell Real Property (hereinafter referred to as the "Sale Motion") on March 23, 2022 (Docket Entry No. 100);

**WHEREAS**, Secured Creditor filed a Limited Objection to the Sale Motion on April 3, 2022, and Debtor filed a Certification in Opposition (hereinafter referred to as the "Opposition") on April 4, 2022 (Docket Entry Nos. 110 and 111).

**WHEREAS**, this Honorable Court scheduled a hearing on the Default and Opposition for April 20, 2022;

**WHEREAS**, Debtor and Secured Creditor have resolved their issues surrounding the Default and Sale Motion with an Order Granting the Sale Motion being entered by this Honorable Court on April 20, 2022 (Docket Entry No. 118);

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Parties hereby agree and acknowledge that the Default filed by Secured Creditor shall be cured and the Claim filed by Secured Creditor, and related Notice of Post-Petition Fee Notices filed in the case, shall be paid-in-full through the sale of the Property;

2. Based upon the promises set forth in this Agreed Order, the Parties hereby agree and acknowledge that the Objection filed by Secured Creditor is hereby **RESOLVED**.

(page 3)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
CAPTION OF ORDER:  AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

    3.    The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies available to them; and

    4.    Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 5 / 27 /2022

Dated: 05 / 31 /2022

*Candyce I. Smith-Sklar*
Candyce Ilene Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park
Suite 22
Ewing, NJ 08618
(609) 882-9800
Attorney for Debtor

*Steven P. Kelly*
Steven P. Kelly, Esquire
Stern & Eisenberg, P.C.
1581 Main Street
Suite 200
Warrington, PA 18976
(215) 572-8111
Attorney for Secured Creditor