UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN P. KELLY, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR CREDITOR)

Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jesus V. Parado, Jr.

    Debtor

Case Number: 18-19033-CMG

Chapter 13

Judge: Christine M. Gravelle

Hearing Date: April 20, 2022 at 09:00 a.m.

## AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

The relief set forth on the following page, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 31, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
CAPTION OF ORDER: AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

---

Upon the Certification of Default of Agreed Order filed by Arvest Central Mortgage Company with regard to Real Property located at 31 State Park Drive, Titusville, NJ 08560 (hereinafter referred to as the "Property"), and the Certification in Opposition filed by Debtor Jesus V. Parado, Jr., it is hereby **ORDERED** that:

**WHEREAS**, Debtor, Jesus V. Parado, Jr., (hereinafter referred to as the "Debtor") filed a voluntary petition under Chapter 13 of Title 11 (hereinafter referred to as the "Code"), on May 2, 2018. (hereinafter referred to as the "Petition Date") (Docket Entry No. 1);

**WHEREAS**, Secured Creditor Arvest Central Mortgage Company (hereinafter referred to as the "Secured Creditor") filed a Certification of Default (hereinafter referred to as the "Default") of Agreed Order on March 23, 2022 (Docket Entry No. 99);

**WHEREAS**, Debtor filed a Motion to Sell Real Property (hereinafter referred to as the "Sale Motion") on March 23, 2022 (Docket Entry No. 100);

**WHEREAS**, Secured Creditor filed a Limited Objection to the Sale Motion on April 3, 2022, and Debtor filed a Certification in Opposition (hereinafter referred to as the "Opposition") on April 4, 2022 (Docket Entry Nos. 110 and 111).

**WHEREAS**, this Honorable Court scheduled a hearing on the Default and Opposition for April 20, 2022;

**WHEREAS**, Debtor and Secured Creditor have resolved their issues surrounding the Default and Sale Motion with an Order Granting the Sale Motion being entered by this Honorable Court on April 20, 2022 (Docket Entry No. 118);

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Parties hereby agree and acknowledge that the Default filed by Secured Creditor shall be cured and the Claim filed by Secured Creditor, and related Notice of Post-Petition Fee Notices filed in the case, shall be paid-in-full through the sale of the Property;

2. Based upon the promises set forth in this Agreed Order, the Parties hereby agree and acknowledge that the Objection filed by Secured Creditor is hereby **RESOLVED**.

(page 3)
Debtor: Jesus V. Parado, Jr.
Case Number: 18-19033-CMG
CAPTION OF ORDER: AGREED ORDER CREDITOR'S CERTIFICATION OF DEFAULT OF AGREED ORDER

    3.    The Parties agree that this Agreed Order in no way alters, amends or invalidates any applicable bankruptcy or non-bankruptcy remedies available to them; and

    4.    Facsimile signatures shall be as valid as original signatures and this Agreed Order may be signed in counterparts.

The UNDERSIGNED hereby consent to the form, content and entry of the within Agreed Order:

Dated: 5 / 27 /2022        Dated: 05 / 31 /2022

*Candyce Ilene Smith-Sklar*        *Steven P. Kelly*
Candyce Ilene Smith-Sklar, Esquire        Steven P. Kelly, Esquire
Law Offices of Sklar Smith-Sklar        Stern & Eisenberg, P.C.
1901 North Olden Avenue        1581 Main Street
Ewing Professional Park        Suite 200
Suite 22        Warrington, PA 18976
Ewing, NJ 08618        (215) 572-8111
(609) 882-9800        Attorney for Secured Creditor
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19033-CMG |
| Jesus V Parado, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jesus V Parado  Jr. njpalaw@gmail.com, r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 31, 2022 | Form ID: pdf903 | Total Noticed: 1

Steven P. Kelly
    on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8