Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtor, Jesus Parado, Jr.**



Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| **In the Matter of**: | } |
| | }   Case No. 18-19033-CMG |
| Jesus Parado, Jr. | } |
| | }   Chapter 13 |
| | } |
| **Debtor(s)** | } |

### AMENDED ORDER PURSUANT TO
### APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: July 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$7,900.00**. The amount of **$2,485.05** will be paid through the Chapter 13 Plan and the balance of **$5,414.95** will be paid outside of Plan.

Dated:_____   _____
Hon. Christine M. Gravelle,  Judge
United States Bankruptcy Court Judge
District of New Jersey

2