Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtor, Jesus Parado, Jr.**

Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 18-19033-CMG |
| Jesus Parado, Jr. | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

### AMENDED ORDER PURSUANT TO
### APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: July 7, 2022**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$7,900.00**. The amount of **$2,485.05** will be paid through the Chapter 13 Plan and the balance of **$5,414.95** will be paid outside of Plan.

Dated:_____        _____
                                                              Hon. Christine M. Gravelle,  Judge
                                                              United States Bankruptcy Court Judge
                                                              District of New Jersey

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 18-19033-CMG
Jesus V Parado, Jr.                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                Page 1 of 2
Date Rcvd: Jul 07, 2022            Form ID: pdf903             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jesus V Parado Jr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven P. Kelly
    on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8