Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19033−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesus V Parado Jr.
   31 State Park Drive
   Titusville, NJ 08560

Social Security No.:
   xxx−xx−3153

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 20, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jesus V Parado, Jr.  
    Debtor

Case No. 18-19033-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jul 20, 2022      Form ID: 148      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |
| cr | + | ARVEST CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | CENTRAL MORTGAGE COMPANY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | | Diana Bartosik, Weidel Real Estate-Pennington, Two Route 1 South, Pennington, NJ 08534 |
| 517495613 | + | Ark Law Group, PLLC, 227 Bellevue Way NE, Ste 980, Bellevue, WA 98004-5721 |
| 517636497 | + | Capital Health Medical Center, Att: CCCB, POB 1750, Whitehouse Sta, NJ 08889-1750 |
| 517495620 | + | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 517495621 | + | Capitalhealth, Attn: Patient Accounts, One Capital Way, Pennington, NJ 08534-2520 |
| 517905549 | + | Cornerstone Education Loan Svcs., POB 145123, Salt Lake City, UT 84114-5123 |
| 517495632 | | Empire Blue Cross BlueShield, c/o Medical Fitness PC, New York, NY 10017 |
| 517495633 | + | Empire Blue Cross Shield, PO Box 1407, New York, NY 10008-1407 |
| 517495635 | + | Global Client Solutions LLC, 4343 S 118th East Avenue, Suite 220, Tulsa, OK 74146-4400 |
| 517495640 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517495658 | + | Tdrcs/tourneau, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 517495659 | + | United Nations F C U, 2401 44th Rd Fl 5, Long Island City, NY 11101-4605 |
| 517495626 | + | citizens financial Group Inc, PO Box 2360,, Omaha, NE 68103-2360 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517495610 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 20 2022 20:29:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517589358 | + | Email/Text: cmcbankruptcygroup@arvest.com | Jul 20 2022 20:29:00 | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |
| 517517366 | | EDI: GMACFS.COM | Jul 21 2022 00:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517495609 | + | EDI: GMACFS.COM | Jul 21 2022 00:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517495611 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:08 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517562391 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:21 | American Express National Bank, c/o Becket and |

Case 18-19033-CMG    Doc 136    Filed 07/22/22    Entered 07/23/22 00:12:40    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517495612 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:22 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517495614 | + | Email/Text: cmcbankruptcygroup@arvest.com | Jul 20 2022 20:29:00 | Arvest Central Mortgage, 801 John Barrow Rd Ste 1, Little Rock, AR 72205-6511 |
| 517495615 | + | EDI: BANKAMER.COM | Jul 21 2022 00:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517495616 | + | EDI: PHINGENESIS | Jul 21 2022 00:28:00 | Bankcard Services, PO Box 205458, Dallas, TX 75320-5458 |
| 517495618 | + | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495617 | + | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 517495619 | + | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One/Best Buy, Attn: Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517495622 | + | Email/Text: bankruptcy@certifiedcollection.com | Jul 20 2022 20:29:00 | Certified Credit & Collection Bureu, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517495624 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 517495625 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517495627 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 20:29:00 | Cornerstone/AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517495628 | + | EDI: CCS.COM | Jul 21 2022 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517495629 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 20:33:08 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517495661 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517522957 | | EDI: DISCOVER.COM | Jul 21 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517495630 | + | EDI: DISCOVER.COM | Jul 21 2022 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517495631 | + | Email/Text: g2sogasbnkr@southernco.com | Jul 20 2022 20:29:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 517495634 | + | EDI: PHINGENESIS | Jul 21 2022 00:28:00 | Genesis Bc/celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 517495636 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | Home Depot Credit Services, PO Box 790345, Saint Louis, MO 63179-0345 |
| 517495623 | | EDI: JPMORGANCHASE | Jul 21 2022 00:28:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517634005 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517495637 | + | Email/Text: govtaudits@labcorp.com | Jul 20 2022 20:29:00 | Laboratory Corporation of America Holdin, PO Box 2240, Burlington, NC 27216-2240 |
| 517495639 | + | EDI: CITICORP.COM | Jul 21 2022 00:28:00 | NTB/CBSD, CitiCards Private Label Centralized Bank, Po Box 790040, Saint Louis, MO 63179-0040 |

| District/off: 0312-3 | User: admin | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | | Total Noticed: 79 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517495638 | + | Email/Text: bnc@nordstrom.com | Jul 20 2022 20:29:04 | Nordstrom FSB, Attn: Bankruptcy Department, Po Box 6555, Englewood, CO 80155-6555 |
| 517633872 | + | EDI: JEFFERSONCAP.COM | Jul 21 2022 00:28:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517630762 | | EDI: PRA.COM | Jul 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517630791 | | EDI: PRA.COM | Jul 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 517630793 | | EDI: PRA.COM | Jul 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517495642 | ^ | MEBN | Jul 20 2022 20:26:18 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517495641 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 20 2022 20:29:00 | Progressive, PO Box 6807, Cleveland, OH 44101-1807 |
| 517604915 | | EDI: Q3G.COM | Jul 21 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517495643 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 20 2022 20:30:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517495644 | ^ | MEBN | Jul 20 2022 20:27:42 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 517495645 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 20 2022 20:30:00 | Receivable Performance Management LLC, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 517495646 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 20 2022 20:30:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517495648 | | EDI: AISSPRINT | Jul 21 2022 00:28:00 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 517495650 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495649 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/cheapoair Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495651 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517512666 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517495652 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Car Care One, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495653 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495654 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495656 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517495655 | + | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517525059 | + | EDI: AIS.COM | Jul 21 2022 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517495657 | + | EDI: WTRRNBANK.COM | Jul 21 2022 00:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| 517531757 | | Email/Text: collectionsdepartment@unfcu.com | Jul 20 2022 20:29:12 | United Nations Federal Credit Union, 24-01 44th Road, Long Island City, New York 11101 |
| 517526437 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 20 2022 20:29:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517495660 | + | EDI: VERIZONCOMB.COM | Jul 21 2022 00:28:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 517495662 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 20 2022 20:29:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 517495664 | + | EDI: WFCBO | Jul 21 2022 00:28:00 | Wells Fargo Bank, 420 Montgomery, San Francisco, CA 94104-1298 |
| 517495663 | + | EDI: WFCCSBK | Jul 21 2022 00:28:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517589045 | | EDI: WFCCSBK | Jul 21 2022 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517595839 | | EDI: WFCCSBK | Jul 21 2022 00:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Arvest Central Mortgage Company, 801 John Barrow Rd Suite 1, Little Rock, AR 72205-6511 |
| 518582963 | *+ | ARVEST CENTRAL MORTGAGE COMPANY, ARVEST CENTRAL MORTGAGE COMPANY, 801 JOHN BARROW RD #1, LITTLE ROCK AR 72205-6511 |
| 517495647 | ##+ | RMS, PO Box 361598, Columbus, OH 43236-1598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jesus V Parado Jr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | Total Noticed: 79 |

| | |
|---|---|
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8