| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**BRUCE C. TRUESDALE, P.C.**<br>By: Bruce C. Truesdale, Esq.<br>ID (BT 0928)<br>147 Union Ave - Suite 1E<br>Middlesex, New Jersey 08846<br>(732) 302-9600<br>Attorney for Debtor | Order Filed on July 20, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>JESUS V. PARADO, JR. | Case No.: 18-19033 (CMG)<br><br>Chapter 13<br><br>Hearing Date: July 20, 2022<br><br>Judge: Hon. Christine M. Gravelle |

ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2_____ is hereby **ORDERED**.

**DATED: July 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Jesus V. Parado, Jr.
Case No. 18-19033 (CMG)
Order Dismissing Case

_____

**THIS MATTER** having been opened to the Court by Bruce C. Truesdale, Esq., attorney for the Debtors herein, and the Court having considered the papers submitted herein and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the instant case is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19033-CMG |
| Jesus V Parado, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jesus V Parado Jr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven P. Kelly
    on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8