| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on September 7, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Case No.: 18-19033 CMG |
| In Re:<br><br>**JESUS V. PARADO, JR.**<br><br>Debtor(s) | Chapter 13<br><br>Hearing: 9/7/22<br><br>Honorable Christine M. Gravelle |

# ORDER AUTHORIZING CHAPTER 13 TRUSTEE

# TO DISTRIBUTE FUNDS ON HAND

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: September 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court on Motion Authorizing Chapter 13 Trustee to Distribute Funds on Hand to Candyce I. Smith Sklar, Esquire; and, the Court having considered the pleadings and any objections thereto; and, for good cause shown,

**IT IS ORDERED** that the Chapter 13 Trustee shall pay $2,485.04 to Candyce I. Smith-Sklar pursuant to Order Granting Application for Compensation, Doc #133.