| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In Re: |
| **JESUS V. PARADO, JR.** |
| Debtor(s) |



**Order Filed on September 7, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 18-19033 CMG

Chapter 13

Hearing:  9/7/22

Honorable Christine M. Gravelle

## ORDER AUTHORIZING CHAPTER 13 TRUSTEE

## TO DISTRIBUTE FUNDS ON HAND

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: September 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court on Motion Authorizing Chapter 13 Trustee to Distribute Funds on Hand to Candyce I. Smith Sklar, Esquire; and, the Court having considered the pleadings and any objections thereto; and, for good cause shown,

**IT IS ORDERED** that the Chapter 13 Trustee shall pay $2,485.04 to Candyce I. Smith-Sklar pursuant to Order Granting Application for Compensation, Doc #133.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 18-19033-CMG

Jesus V Parado, Jr.                                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                       User: admin                                                          Page 1 of 2
Date Rcvd: Sep 07, 2022                          Form ID: pdf903                                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jesus V Parado, Jr., 31 State Park Drive, Titusville, NJ 08560-1109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022                              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Jesus V Parado Jr. brucetruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1

Steven P. Kelly
    on behalf of Creditor ARVEST CENTRAL MORTGAGE COMPANY skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8